UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:
TERRY MAX BRYAN, II       )
MELISSA LYN BRYAN         )   CASE NO. 16-80758-JJG-13
    Debtors               )

## MOTION TO MODIFY CHAPTER 13 PLAN
## AND NOTICE OF OBJECTION DEADLINE

The Debtor(s), Terry Max Bryan, II and Melissa Lyn Bryan, by counsel, James R. Wiesneth Jr., hereby moves the Court, pursuant to 11 U.S.C. §1329, to modify the plan that was confirmed on March 21, 2017 as follows:

1. That on November 11, 2016, the Debtor(s) filed a Voluntary Petition for Chapter 13 Bankruptcy in this Court along with a 60 month Plan.

2. That the Debtors' current Chapter 13 Plan requires regular and ongoing monthly payments which includes a couple of stepped up monthly payments and yearly tax refund payments for a total approved base amount of $37, 878.90.

3. That on March 21, 2017, this Court confirmed Debtors' Chapter 13 Plan;

4. That the Debtors have decided and wish to surrender the *2011 GMC Acadia Sport Wagon* back to the lienholder, First Financial Bank, along with deciding and wishing to surrender a *Kirby Cleaning System* back to the lienholder, United Consumer Financial Services.

5. That the Debtors also wish to modify their Chapter 13 plan term from a sixty (60) month plan to a thirty-six (36) month plan.

6. That all other terms and conditions remain in full force and effect.

Therefore, the Debtors pray for a modified plan which indicates $4,828.70 total paid for the FIRST ten (10) months, then $455.00 paid monthly (starting October 2017) for twenty-six (26) months of a thirty-six (36) month Chapter 13 Plan for a total base amount of $16,658.70.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> U.S. Bankruptcy Court
> 352 Federal Building
> 101 NW Martin L. King, Jr. Blvd.
> Evansville, IN 47708

The objecting party must ensure delivery of the objection to the party filing the motion, (the trustee – if not the movant or the objector)(and the debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Debtors, Terry Max Bryan, II and Melissa Lyn Bryan, by counsel, James R. Wiesneth Jr., respectfully prays the Court to enter an Order Modifying Chapter 13 Plan for the reasons stated herein and for all other just and proper in the premises.

Respectfully submitted,

/s/ James R. Wiesneth Jr.
James R. Wiesneth Jr.
Attorney for Debtors
P.O. Box 3148
Terre Haute, IN 47803
(812) 234-4300
(812) 234-4303 (fax)
e-mail: jrw@wiesnethlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017 a copy of the foregoing Motion to Modify Chapter 13 Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Donald L. Decker, Chapter 13 Trustee
ecfmail@decker13trustee.com

Office of U.S. Trustee
Ustpregion10.in.ecf@usdoj.gov

   I further certify that on or about September 15, 2017 a copy of the foregoing Motion to Modify Chapter 13 Plan was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Terry & Melissa Bryan
15 South 2nd Street
Carbon, IN 47837

   Notice of this filing will also be sent to the creditors and parties listed on the attached mailing matrix on or about September 18, 2017.

**16-80758-JJG-13** Terry Max Bryan, II and Melissa Lyn Bryan
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Jeffrey J. Graham
**Date filed:** 11/11/2016 **Date of last filing:** 08/05/2017 **Plan confirmed:** 03/21/2017

# Creditors

**Capital One, N.A.**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(14224041)
(cr)

**Clay County Assessor**
Clay County Auditor
609 East National Avenue
Brazil, IN 47834

(14148370)
(cr)

**Clay County Treasurer**
609 E National Ave Rm 101
Brazil, IN 47834

(14315299)
(cr)

**Comenitybank/meijer**
Po Box 182789
Columbus, OH 43218

(14148371)
(cr)

**Dept Of Ed/navient**
Po Box 9635
Wilkes Barre, PA 18773

(14148372)
(cr)

**EQUIFAX**
ATTN: PUBLIC RECORDS DEPT.
PO BOX 740241
ATLANTA, GA 30374

(14148373)
(cr)

**EXPERIAN**
ATTN: PUBLIC RECORDS DEPT.
PO BOX 9701
ALLEN, TX 75013

(14148374)
(cr)

**Fifth Third Bank**
5050 Kingsley Dr
Cincinnati, OH 45227

(14148375)
(cr)

**FIFTH THIRD MORTGAGE COMPANY**
5001 KINGLSEY DRIVE
MD 1MOBBW
CINCINNATI OH 45227

(14249706)
(cr)

**First Financial Bank N**
1401 S 3rd St
Terre Haute, IN 47802

(14148376)
(cr)

**First Financial Bank NA**
P O Box 2122
Terre Haute, IN 47802-2122

(14149098)
(cr)

| | |
|---|---|
| **First Premier Bank**<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | (14148377)<br>(cr) |
| **Hamilton Center**<br>620 Eighth Avenue<br>P.O. Box 4323<br>Terre Haute, IN 47804-0323 | (14148378)<br>(cr) |
| **Imc Credit Services**<br>6955 Hillsdale Ct<br>Indianapolis, IN 46250 | (14148379)<br>(cr) |
| **Indiana Department of Revenue**<br>100 N. Senate Ave, Room N203-Bankruptcy<br>Indianapolis, IN 46204 | (14148380)<br>(cr) |
| **Indiana Physicians Management - Clay**<br>3946 Solutions Center<br>Chicago, IL 60677-3009 | (14148381)<br>(cr) |
| **Indianapolis Counseling**<br>724 North Illinois Street<br>Indianapolis, IN 46204 | (14148382)<br>(cr) |
| **IRS**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (14148383)<br>(cr) |
| **Kohls/capone**<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | (14148384)<br>(cr) |
| **Med-1 Solutions**<br>517 Us Highway 31 N<br>Greenwood, IN 46142 | (14148385)<br>(cr) |
| **Medexpress Billing**<br>P.O. Box 11948<br>Belfast, ME 04915-4010 | (14148386)<br>(cr) |
| **MIDLAND FUNDING LLC**<br>PO BOX 2011<br>WARREN, MI 48090 | (14245185)<br>(cr) |
| **Navient Solutions, Inc. on behalf of**<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | (14231927)<br>(cr) |
| **New Wave Communications**<br>c/o Brazil Cable<br>604 East National Ave.<br>Brazil, IN 47834 | (14148387)<br>(cr) |
| **New Wave Communications**<br>1158 E. Cherry Street<br>Carmi, IL 62821 | (14148388)<br>(cr) |

**OneMain**
PO Box 3251
Evansville, IN 47731
(14174919)
(cr)

**OneMain Financial**
Bankruptcy Dept
P.O. Box 6042
Sioux Falls, SD 57117-6042
(14148389)
(cr)

**Osterman Jewelers**
375 Ghent Rd
Fairlawn, OH 44333
(14148390)
(cr)

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk, VA 23541
(14482850)
(cr)

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541
(14159807)
(cr)

**Premier Bankcard, Llc**
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
(14262119)
(cr)

**Sacopulos, Johnson & Sacopulos**
676 Ohio Street
Terre Haute, IN 47807
(14148391)
(cr)

**Springleaf Financial S**
Pob 3905
Greeneville, TN 37744
(14148392)
(cr)

**St Vincent Hospital**
10590 N Meridian St
Indianapolis, IN 46290
(14148393)
(cr)

**St Vincent Physicians Business Services**
10330 N. Meridian St
Indianapolis, IN 46290
(14148394)
(cr)

**Sterling Jewelers Inc.**
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730
(14166041)
(cr)

**Terry Bryan, Sr.**
500 North
Bloomingdale, IN 47832
(14148395)
(cr)

**TRANS UNION CORPORATION**
ATTN: PUBLIC RECORDS DEPT
PO BOX 2000
CHESTER, PA 19022
(14148396)
(cr)

**Transworld Sys Inc/51**
507 Prudential Rd
(14148397)
(cr)

Horsham, PA 19044

**U.S. Attorney's Office**  
10 W Market St Ste 2100  
Indianapolis IN 46204-3048

(14149020)  
(atydb)

**United Consumer Financial Serv**  
Bass & Associates, P.C.  
3936 E. Ft. Lowell Rd., Suite 200  
Tucson, AZ 85712

(14215160)  
(cr)

**Wiesneth Law Offices, PC**  
PO Box 3148  
Terre Haute, IN 47803

(14148423)  
(atydb)



| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| | | | |
| PACER Login: | | Client Code: | |
| Description | | Search Criteria: | 16-80758-JJG-13 Creditor Type: All |
| Billable Pages: | 2 | Cost: | |