SO ORDERED: October 13, 2017.


Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                                                    CASE NO.  16-80758 JJG-13
    TERRY MAX BRYAN, II, and
    MELISSA LYN BRYAN,
        Debtors.

ORDER APPROVING DEBTORS' MOTION TO MODIFY
CHAPTER 13 PLAN (DOC. 30)

All parties in interest having been notified that the Court would grant the Debtors Motion to Modify Chapter 13 Plan (Doc. 30) if no objections were received within twenty-one (21) days, no objections having been filed, and the Trustee reports that the modification complies with 11 U.S.C. § 1329,

IT IS HEREBY ORDERED that the Modification proposed on September 15, 2017, by the Debtors, is hereby made a part of the Confirmed Plan, the terms of which modification are as follows:

1. Payment Amount and Period of Payments:

    Payment Amount:                $4,828.70 through September 2017
                                           $455.00 per month for 26 months
                                           beginning October 2017

    Period of Payments:        36 months
    Total Payments to Trustee:    $16,658.70

2. Additional Terms:

    A. The Debtors surrender their interest in the 2011 GMC Acadia to the lienholder, First Financial Bank. The Trustee shall make no further disbursements to this creditor notwithstanding the amount of $1,850.00 paid in adequate protection payments pursuant to previous order of this Court.

    B. The Debtors surrender their interest in the Kirby Cleaning System to the lienholder, United Consumer Financial Services. The Trustee shall make no disbursements to this creditor.

    C. The Debtors' plan term is now 36 months.

                      ###